# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| AMIRHOSSEIN SHIRINGOHARIAN,<br><br>    Petitioner,<br><br>    v.<br><br>KATAVICH, Warden,<br><br>    Respondent. | NO. CV 15–0980-JGB (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is dismissed. Ground One is dismissed with prejudice and Grounds Two, Three and Four are dismissed without prejudice as unexhausted.

DATED: August 17, 2017

_____
JESUS G. BERNAL
United States District Judge